1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  GENERAL STEAMSHIP AGENCIES, )
    INC.,                       )
12                              )   No. C05-3207 SBA (BZ)
              Plaintiff(s),     )
13                              )   **ORDER RE-SCHEDULING HEARING**
         v.                     )   **ON PLAINTIFF'S MOTION FOR**
14                              )   **DEFAULT JUDGMENT**
    SEA BRIDGE PROJECTS, INC.,  )
15                              )
                                )
16            Defendant(s).     )
                                )
17

18       TO ALL PARTIES AND COUNSEL OF RECORD:

19       Plaintiff's motion for default judgment came on for

20  hearing June 7, 2006.  To allow for attendance by plaintiff's

21  witness, **IT IS HEREBY ORDERED** that the hearing on plaintiff's

22  motion for default judgment is continued to **Wednesday, August**

23  **16, 2006**, **at 10:00 a.m.** in Courtroom G, 15th Floor, Federal

24  Building, San Francisco, California, 94102.

25       Plaintiff is reminded that it should be prepared to prove

26  its damages by competent testimony or other admissible

27  evidence, and if plaintiff intends to prove damages by

28  affidavits or declarations, the affiant or declarant should

G:\BZALL\-REFS\GSA\DEFJUDG.SCH.ORD.2.wpd   1

1 | have personal knowledge of all matters to which he testifies.
2 |     Defendant should attend the hearing if it contests the
3 | validity or amount of plaintiff's claim.
4 | Dated:  July 18, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GSA\DEFJUDG.SCH.ORD.2.wpd