IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL STEAMSHIP AGENCIES, INC., | No. C 05-3207 SBA |
| Plaintiff, | |
| v. | **ORDER** |
| SEA BRIDGE PROJECTS, INC., | |
| Defendants. | |

This matter comes before the Court on Magistrate Judge Zimmerman's Report and Recommendation on Plaintiff's Motion for Default Judgment [Docket No. 34] dated August 16, 2006. Neither party has filed any objection to the report within ten days after being served with a copy of the recommended disposition, pursuant to Local Rule 72-3 and Federal Rule of Civil Procedure 72(b).

Having considered the report, and the recommendations therein, and for good cause appearing, this Court hereby ADOPTS Magistrate Judge Zimmerman's Report and Recommendation on Plaintiff's Motion for Default Judgment.

Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Zimmerman's Report and Recommendation on Plaintiff's Motion for Default Judgment [Docket No. 34] is ADOPTED IN ITS ENTIRETY.

IT IS FURTHER ORDERED THAT Plaintiff's Motion for Default Judgment is GRANTED as set forth in the Report and Recommendation.

IT IS FURTHER ORDERED THAT judgment shall be entered in favor of Plaintiff and against Defendants SEA BRIDGE PROJECTS, INC., for damages in the amount of $161,295.94.

1
2    IT IS SO ORDERED.
3
4
5    Dated: 10/23/06                                          /s/ Saundra B Armstrong
6                                                             SAUNDRA BROWN ARMSTRONG
7                                                             United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28